USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                                :
KELLYANN MACKENZIE,                          :
                                                                                                :
                                                    Plaintiff,            :             1:22-cv-9554-GHW
                                                                                                :
                                       -against-                           :             ORDER

BIG APPLE TRAINING INC.,
                                                      Defendant.
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The initial pretrial conference scheduled for March 3, 2023 is adjourned to March 29, 2023 at 4:00 p.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff is directed to serve this order on Defendant and to retain proof of service.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: March 1, 2023
New York, New York

                                                                            GREGORY H. WOODS
                                                                         United States District Judge