```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
KELLYANN MACKENZIE,                                                  :
:
                             Plaintiff,   :    1:22-cv-9554-GHW
:
        -against-                                                   :    ORDER
:
BIG APPLE TRAINING INC.,                                             :
:
                            Defendant.   :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

     As discussed during the initial pretrial conference held on March 29, 2023, the deadline for Defendant to file and serve its motion to dismiss is April 28, 2023. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within two weeks after service of Plaintiff's opposition.

     Discovery is stayed pending briefing of Defendant's motion to dismiss.

     SO ORDERED.

Dated: March 30, 2023
New York, New York
                                                      GREGORY H. WOODS
                                                   United States District Judge