USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
KELLYANN MACKENZIE, :
:
                         Plaintiff, :     1:22-cv-9554-GHW
:
         -against- :     ORDER
:
BIG APPLE TRAINING INC., :
:
                       Defendant. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    Plaintiff's May 17, 2023 request for an extension of time to file its opposition to Defendant's motion to dismiss, Dkt. No. 15, is granted. Plaintiff's opposition is due no later than June 9, 2023. Defendant's reply, if any, is due one week following the date of service of Plaintiff's opposition.

    SO ORDERED.

Dated: May 17, 2023  
New York, New York

                                                    _____  
                                                       GREGORY H. WOODS  
                                                    United States District Judge