UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                               :
KELLYANN A. MCKENZIE,                                          :
                                                               :
                                    Plaintiff,                 :       1: 22-cv-9554-GHW
                                                               :
                  -v -                                         :               ORDER
                                                               :
BIG APPLE TRAINING INC,                                        :
                                                               :
                                    Defendant.                 :
                                                               :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2023

GREGORY H. WOODS, United States District Judge:

    On August 22, 2023, Plaintiff filed an amended complaint. Dkt. No. 26. Pursuant to FRCP 15(a)(3), the deadline for Defendant to answer or otherwise respond to the amended complaint is September 5, 2023, fourteen days after the date of service of the amended complaint. Any pre-motion letter should comply with the Court's Individual Rules of Practice in Civil Cases.

    SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                                                   GREGORY H. WOODS
                                                   United States District Judge