```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
KELLYANN MACKENZIE,                                                :
                                                                   :
                                    Plaintiff,                     :    1:22-cv-9554-GHW
                                                                   :
                -against-                                          :    ORDER
                                                                   :
BIG APPLE TRAINING INC.,                                           :
                                                                   :
                                    Defendant.                     :
                                                                   :
------------------------------------------------------------------ X
```

<div style="float:right; border:1px solid black; padding:4px;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 10/23/2023
</div>

GREGORY H. WOODS, District Judge:

    Plaintiff's October 23, 2023 request for an extension of time to file her opposition to Defendant's motion to dismiss the second amended complaint, Dkt. No. 33, is granted. Plaintiff's opposition is due no later than November 6, 2023; Defendant's reply, if any, is due no later than November 20, 2023. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: October 23, 2023  
New York, New York

                                                            GREGORY H. WOODS  
                                                         United States District Judge