```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
KELLYANN MACKENZIE,                                               :
                                                                  :
                                        Plaintiff,                :    1:22-cv-9554-GHW
                                                                  :
                    -against-                                     :    ORDER
                                                                  :
BIG APPLE TRAINING INC.,                                          :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2023

GREGORY H. WOODS, District Judge:

Plaintiff's November 6, 2023 request for an extension of time to file her opposition to Defendant's motion to dismiss the second amended complaint, Dkt. No. 35, is granted. Plaintiff's opposition is due no later than November 20, 2023; Defendant's reply, if any, is due no later than December 4, 2023.

Plaintiff should not expect further extensions of time. If no opposition has been filed by November 20, 2023, the Court will decide the motion without briefing from Plaintiff. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 7, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge