UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KELLYANN A. MCKENZIE,

                Plaintiff,

    -against-                                              22 **CIVIL** 9554 (GHW)

                                                                                 **JUDGMENT**

BIG APPLE TRAINING INC.,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 23, 2024, the Court concludes that Plaintiff has failed to adequately state a claim for (1) discrimination on the basis of disability under the ADA; (2) religious discrimination under Title VII; (3) national origin discrimination under Title VII; (4) sex discrimination under Title VII; and (5) a hostile work environment under Title VII. Therefore, the Court grants Defendant's motion to dismiss the ADA and Title VII claims with prejudice. However, the Court reminds Plaintiff that a dismissal in federal court for lack of jurisdiction over the state law claims, specifically, does not necessarily prevent Plaintiff from bringing those state law claims in state court; accordingly, the case is closed.

**Dated:** New York, New York

      April 24, 2024

                                                                                    **RUBY J. KRAJICK**

                                                                                            Clerk of Court

                                                  **BY:**

                                                                                            **Deputy Clerk**